**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
*Attorney for Plaintiff John Cunningham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CUNNINGHAM, an individual<br><br>Plaintiff,<br><br>v.<br><br>COLISEUM OPERATOR, LLC DBA BREWSKE'S, a Nevada Limited Liability Company; MANAGEMENT COMPANY, LLC, a Nevada Limited Liability Company; CHAD TYSON, an individual; BEAU WILLIAMS, an individual;<br><br>Defendants. | CASE NO.: 2:17-cv-02296-RFB-VCF<br><br>**STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE** |

The parties hereby stipulate, and respectfully request, that the settlement conference, currently scheduled for January 9, 2018 at 10:00 a.m., be moved to 11:00 a.m., to accommodate Plaintiff's counsel, who has hearings scheduled at 8:30 a.m. and 9:30 a.m., in the Eighth Judicial District Court.

. . .

. . .

. . .

. . .

. . .

| | |
|---|---|
| Dated this 5th day of January, 2018. | Dated this 5th day of January, 2018. |
| SUTTON HAGUE LAW CORPORATION, P.C. | LAGOMARSINO LAW |
| /s/ Jared Hague | /s/ Andre M. Lagomarsino |
| S. BRETT SUTTON, ESQ.<br>Nevada Bar No. 12109<br>JARED HAGUE, ESQ.<br>Nevada Bar No.12761<br>6720 Via Austi Parkway, Suite 430<br>Las Vegas, Nevada 89119<br>Telephone: (702) 270-3065<br>Fax: (702) 920-8944<br>Email: Brett@suttonhague.com<br>Email: Jared@suttonhague.com<br>*Attorneys for Defendants Coliseum Operators, LLC dba Brewske's, and Management Company, LLC* | ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>Telephone: (702) 383-2864<br>Facsimile: (702) 383-0065<br>Email: aml@lagomarsinolaw.com<br>*Attorney for Plaintiff John Cunningham* |

*Cunningham v. Coliseum Operators, LLC, et. al.*
*2:17-cv-02296-RFB-VCF*
*Stipulation and Order to Move Settlement Conference*

## **ORDER**

IT IS HEREBY ORDERED that the settlement conference shall be moved from 10:00 a.m., to 11:00 a.m., on January 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 1-5-2018