**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
*Attorney for Plaintiff John Cunningham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN CUNNINGHAM, an individual<br><br>Plaintiff,<br><br>v.<br><br>COLISEUM OPERATOR, LLC DBA BREWSKE'S, a Nevada Limited Liability Company; MANAGEMENT COMPANY, LLC, a Nevada Limited Liability Company; CHAD TYSON, an individual; BEAU WILLIAMS, an individual<br><br>Defendants. | CASE NO: 2:17-cv-02296-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Discovery Deadline, Dispositive Motion Deadline and Pre-Trial Order Deadline in the above-captioned case by ninety (90) days for each respective deadline. This is the first stipulation for extension of time to extend the foregoing deadlines.

**1. DISCOVERY COMPLETED TO DATE:**

The parties have exchanged their initial disclosures. The Plaintiff has served discovery requests to Coliseum Operator, LLC dba Brewske's and Management Company, LLC. Plaintiff has served subpoenas on percipient witnesses. The Plaintiff has scheduled a site inspection for March 3, 2018.

## 2. DISCOVERY REMAINING TO BE COMPLETED

- Disclosure of expert witnesses, initial, and rebuttal;
- Serve relevant subpoena *duces tecum*;
- Deposition of Plaintiff;
- Deposition of Defendants' 30(b)(6) witness;
- Depositions of expert witnesses;
- Plaintiff will be moving the Court for default judgement against Defendants Chad Tyson and Beau Williams; and
- Both parties may need to complete additional written discovery.

## 3. REASON FOR REQUEST FOR EXTENSION OF DEADLINES:

The parties stipulate to the extension of discovery deadlines in this case. Good cause is shown to extend the discovery deadlines as the deadlines cannot be reasonably met despite the diligence of the parties who seek the extension. *See Johnson v. Mammoth Recreations, Inc*., 975 F2d 604,608-09 (9th Cir. 1992).

There exists good cause for the issuance of this order: Plaintiffs' Counsel has a firm, seven (7) day trial, starting February 20, 2018. Plaintiffs' Counsel also has trials scheduled in May, June, and August. In January, 2018 the parties attended a settlement conference in front of Judge Farenbach. The case did not resolve. In an effort to conserve resources, the parties are now commencing discovery.

The parties are acting in good faith in filing this Stipulation and without an intent to improperly delay the proceedings. Continuing the deadlines for completing discovery will not prejudice either party of have a negative impact upon the judicial administration of this Court.

. . .

## 4. PROPOSED SCHEDULE FOR DEADLINES:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | May 14, 2018 | Monday, August 13, 2018[1] |
| Amend Pleadings/Add Parties | February 13, 2018 | Monday, May 14, 2018 |
| Initial Expert Disclosure Deadline | March 15, 2018 | Wednesday, June 13, 2018 |
| Rebuttal Expert Deadline | April 16, 2018 | Monday, July 16, 2018[2] |
| Interim Status Report | March 15, 2018 | Wednesday, June 13, 2018 |
| Dispositive Motion Deadline | June 13, 2018 | Tuesday, September 11, 2018 |
| Pretrial Order | July 13, 2018 | Thursday, October 11, 2018 |

Dated this 21st of February, 2018.

SUTTON HAGUE LAW CORPORATION, P.C.

By /s/ Jared Hague
S. BRETT SUTTON, ESQ.
Nevada Bar No. 12109
JARED HAGUE, ESQ.
Nevada Bar No.12761
6671 Las Vegas Blvd. S., Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 270-3065
Fax: (702) 920-8944
Email: Brett@suttonhague.com
Email: Jared@suttonhague.com
*Attorneys for Defendants Coliseum Operators, LLC dba Brewske's, and Management Company, LLC.*

Dated this 21st of February, 2018.

LAGOMARSINO LAW

By /s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
*Attorney for Plaintiff John Cunningham*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 27, 2018

---

[1] With respect to the Discovery deadline, the deadline falls on Sunday, August 12, 2018. As a result, the Discovery deadline extends to the next court day of Monday, August 13, 2018, by operation of FRCP 6.

[2] With respect to the Rebuttal Expert deadline, the deadline falls on Sunday, July 15, 2018. As a result, the Rebuttal Expert deadline extends to the next court day of Monday, July 16, 2018, by operation of FRCP 6.