LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
Email: chad@lagomarsinolaw.com
*Attorneys for Plaintiff John Cunningham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CUNNINGHAM, an individual<br><br>Plaintiff,<br><br>v.<br><br>COLISEUM OPERATOR, LLC DBA BREWSKE'S, a Nevada Limited Liability Company; MANAGEMENT COMPANY, LLC, a Nevada Limited Liability Company; CHAD TYSON, an individual; BEAU WILLIAMS, an individual;<br><br>Defendants. | CASE NO.: 2:17-CV-02296-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGEMENT (ECF NO. 32)** |

The parties hereby stipulate, and respectfully request, that Plaintiff be given an extension to respond to *Defendants' Motion for Summary Judgement, or in the Alternative for Partial Summary Judgement* (ECF No. 32). There exists good cause for the extension. Due to scheduling conflicts counsel have agreed to take the depositions of two witnesses (Beau Williams and Defendants' FRCP 30(b)(6) designees) outside of discovery, on May 3, 2019. As such, Counsel would like to wait until after the depositions have been completed to submit their Response and Reply. The proposed new dates are as follows:

. . .

. . .

| Deadlines | Current Dates | Proposed Dates |
|---|---|---|
| *Plaintiff's Response to Defendants' Motion for Summary Judgement, or in the Alternative for Partial Summary Judgement* | Monday, April 1, 2019 | Friday, May 31, 2019 |
| *Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgement, or in the Alternative for Partial Summary Judgement* | Monday, April 15, 2019 | Friday, June 14, 2019 |

Dated this 28th day of March, 2019.

SUTTON HAGUE LAW CORPORATION, P.C.

_/s/ Jared Hague_
S. BRETT SUTTON, ESQ.
Nevada Bar No. 12109
JARED HAGUE, ESQ.
Nevada Bar No.12761
6671 Las Vegas Blvd. S., Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 270-3065
Fax: (702) 920-8944
Email: Brett@suttonhague.com
Email: Jared@suttonhague.com
*Attorneys for Defendants Coliseum Operators, LLC dba Brewske's, and Management Company, LLC*

Dated this 28th day of March, 2019.

LAGOMARSINO LAW

_/s/ Chad D. Fuss_
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
Email: chad@lagomarsinolaw.com
*Attorneys for Plaintiff John Cunningham*

*Cunningham v. Coliseum Operators, LLC, et. al.*
*2:17-cv-02296-RFB-VCF*

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of April, 2019.